## Commonwealth ex rel. Peters, Appellant, *v.* Maroney.

Argued March 17, 1966. Before MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Ronald L. Burkhard,* for appellant.

*Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for appellee.

OPINION PER CURIAM, June 24, 1966:

This is an appeal from an order in the court below dismissing an action in habeas corpus. We affirm.

The following decisions, wherein the issues raised here were fully discussed and decided adversely to the appellant, are controlling: *Commonwealth ex rel. Mullenaux v. Myers,* 421 Pa. 61, 217 A. 2d 730 (1966); *Commonwealth ex rel. Swilley v. Maroney,* 420 Pa. 419, 218 A. 2d 242 (1966); *Commonwealth ex rel. Blackshear v. Myers,* 419 Pa. 151, 213 A. 2d 378 (1965); and *Commonwealth ex rel. Fox v. Maroney,* 417 Pa. 308, 207 A. 2d 810 (1965).

Order affirmed.

Mr. Chief Justice BELL and Mr. Justice COHEN took no part in the consideration or decision of this case.